THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HUGH EUGENE ESTES | § | CASE NO. 17-41984-R |
| XXX-XX-1753 | § | |
| 104 PACKER DRIVE | § | CHAPTER 13 |
| ROYSE CITY, TX  75189 | § | |
| | § | |
| LEE ANN ESTES | § | |
| XXX-XX-0778 | § | |
| | § | |
| DEBTORS | § | |

TRUSTEE'S REPORT FOR CONFIRMATION AND WITNESS AND EXHIBIT LIST

**TRUSTEE'S REPORT FOR CONFIRMATION**

Attorney for Debtors: HOLLY B. GUELICH                Trustee: CAREY D. EBERT, CHAPTER

Plan filed on: September 20, 2017

I.  Budget Information

    A.  Monthly income:

| | | |
|---|---|---:|
| Debtor | $ | 2,930.66 |
| Joint Debtor | $ | 0.00 |
| Other | $ | 671.40 |
| Total | $ | 3,602.06 |
| Expenses | $ | 3,217.00 |
| Difference | $ | 385.06 |

    B.  Monthly plan payments                                                                                    *

| | | | | |
|---|---|---|---:|---:|
| $250.00 | for 12 months = | $ | 3,000.00 |
| $540.00 | for 48 months = | $ | 25,920.00 |

II.  Analysis of Plan

    A.  Monthly plan payment                                                                                      *
    B.  Plan duration in months                                                                                 60
    C.  Total to be paid into plan                                           $       28,920.00
    D.  Administrative allowance (10% of total to be paid into plan)   $         2,892.00
    E.  Net available to creditors                                             $       26,028.00

The Plan proposes the following treatment of the listed claims:

| Creditor | Proposed Principal Amount | Rate | Term | Monthly Payment | Total |
|---|---|---|---|---|---|
| PRIORITY AND SPECIALLY CLASSIFIED UNSECURED CLAIMS: | | | | | |
| HOLLY B. GUELICH  DEBTOR ATTORNEY | $ 3,310.00 | 0.00 | FIRST FUNDS | $ 0.00 | $ 3,310.00 |
| TOTAL PAID TO PRIORITY AND SPECIALLY CLASSIFIED UNSECURED CLAIMS | | | | | $3,310.00 |
| SECURED CLAIMS: | | | | | |
| CHASE MANHATAN MORTGAGE  HOMESTEAD ARREARS | 4,500.00 | 0.00 | 1-60 | pro rata | 4,500.00 |
| FRANKLIN CREDIT MGT CORP  HOMESTEAD ARREARS - 2ND LIEN | 18,074.00 | 0.00 | 1-60 | pro rata | 18,074.00 |
| CHASE MANHATAN MORTGAGE  HOMESTEAD (Debtor is disbursing agent) | 0.00 | 0.00 | | $918.00 | 0.00 |
| FRANKLIN CREDIT MGT CORP  HOMESTEAD - 2ND LIEN (Debtor is disbursing agent) | 0.00 | 0.00 | | $0.00 | 0.00 |
| TOTAL PAID TO SECURED CLAIMS | | | | | $22,574.00 |
| TOTAL PAID TO PRIORITY, SPECIALLY CLASSIFIED UNSECURED AND SECURED CLAIMS | | | | | $25,884.00 |
| AMOUNT AVAILABLE TO UNSECURED CLAIMS | | | | | $144.00 |
| PROJECTED DISPOSABLE INCOME AMOUNT UNDER 11 USC §1325(b) | | | | | $0.00 |

The Trustee objects to confirmation on the following grounds:
- The Debtors have not tendered to the Chapter 13 Trustee the following documents:
  - Current declaration regarding status of post-petition obligations.  (TXEB Local Form 3015-c)

## WITNESS AND EXHIBIT LIST

The Trustee reserves the right to call as a witness any or all of the following listed persons in relation to confirmation:

1. Carey D. Ebert, Chapter 13 Trustee
3. Debtors
4. Any witness designated by other party

The Trustee reserves the right to introduce into evidence any or all of the following:

1. Copy of the Trustee's Confirmation Report, Witness and Exhibit List
2. Copies of any schedules or pleadings as filed herein by the Debtors or any other party
3. Copies of any Proof of Claim as filed herein by any creditor or other party
4. Copies of any Chapter 13 Plan and amendments thereof filed herein by the Debtors
5. Copy of the latest computer printout from the Trustee's office representing the Chapter 13 Plan payments received by the Trustee from the Debtors
6. If the Debtors are self-employed, the Debtors' monthly operating reports or profit and loss statements provided to the Trustee
7. Copies of the Debtors' prior years' tax returns as provided to the Trustee
8. Copy of Required Amendments sheet from the §341 Meeting of Creditors
9. Copy of any other document produced by the Debtors at the §341 Meeting of Creditors, or subsequently produced by the Debtors to the Trustee
10. Copy of the current issue of the Dallas/Fort Worth Metroplex Apartment Guide and/or copies of current reports from www.apartmentratings.com
11. Reports from news media sources for the DFW Metroplex
12. Copies of any other exhibits designated by any other party

Copies of these exhibits will be provided by the Trustee upon request by any party.

                Respectfully submitted,

                /s/ Carey D. Ebert
                Carey D. Ebert, Chapter 13 Trustee, TBN 05332500
                Office of the Standing Chapter 13 Trustee
                500 North Central Expressway, Suite 350
                Plano, Texas  75074
                (972) 943-2580 / Fax (972) 943-8050

# CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing Trustee's Report for Confirmation and Witness and Exhibit List has been served upon the following parties in interest on the date set forth below by either electronic service or mailing a copy of same to them via first class mail.

| | |
|---|---|
| HUGH EUGENE ESTES<br>LEE ANN ESTES<br>104 PACKER DRIVE<br>ROYSE CITY, TX  75189 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2777 NORTH STEMMONS FREEWAY, SUITE 1000<br>DALLAS, TX  75207 |
| LAW OFFICES OF MICHELLE GHIDOTTI<br>5120 E. LA PALMA AVE. STE. 206<br>ANAHEIM HILLS, CA  92807 | *   BUCKLEY MADOLE, P.C.<br>14841 DALLAS PARKWAY., SUITE 300<br>DALLAS, TX  75254 |
| HOLLY B. GUELICH<br>12880 HILLCREST RD. SUITE J233<br>DALLAS, TX  75230 | |

Dated:  <u>November 07, 2017</u>                    <u>/s/ Carey D. Ebert</u>
                                                                     Office of the Standing Chapter 13 Trustee